IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CONTINENTAL CASUALTY COMPANY a/s/o both SNACKHOUSE PROPER and US REALTY ADVISORS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br> GEIS AT MASSILLON, LLC, GEIS CONSTRUCTION, INC., and THE K COMPANY, INC.<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO.:  5:22-CV-00180<br><br>MAGISTRATE JUDGE CARMEN E. HENDERSON<br><br>**STIPULATED DISMISSAL WITH PREJUDICE** |

We, the attorneys for the respective parties, do hereby stipulate that this case, including all cross-claims, is settled and dismissed with prejudice, and notice by the Clerk being hereby waived. Each party to bear their attorney fees.    Defendants to pay court costs equally.

IT IS SO ORDERED

Dated: __8/29/2023_____

s/*Carmen E. Henderson*
_____
CARMEN E. HENDERSON
 UNITED STATES MAGISTRATE JUDGE

**WE SO STIPULATE**

/s/ Brian T. Bailey
_____
Brian T. Bailey
NIELSEN, ZEHE & ANTA
55 W. Monroe St., Suite 1800
Chicago, IL 60603
T: 312-635-1842 / F: 312-222-9977
E: bbailey@nzalaw.com
*Attorneys for Plaintiffs*

/s/ Scyld D. Anderson
_____
Scyld D. Anderson (0066384)
Lee W. Westfall  (0065062)
TEETOR WESTFALL, LLC
200 East Campus View Blvd. #200
Columbus, OH 43235
T: 614-412-4000 / F: 614-412-9012
E: sanderson@teetorlaw.com
E: Lwestfall@teetorlaw.com
*Attorneys for Defendants, Geis at Massillon LLC and Geis Construction, Inc.*

1

/s/ John E. Vincent

John E. Vincent, Jr.  (0070501)
PELINI, CAMPBELL & RICHARD
5880 Innovation Drive
Dublin, OH 43016
T: 614-389-3605 / F: 614-389-3619
E: jevincent@pelini-law.com
*Attorneys for Plaintiffs*

*/s/ Stephen J. Chuparkoff*

Stephen J. Chuparkoff (0039141)
50 S. Main Street, Ste. 615
Akron, OH 44308
Stephen_Chuparkoff@staffdefense.com
(330) 376-1600/ Fax: (330) 376-3337
*Attorney for Defendant, The K Company, Inc.*